UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TIMOTHY BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Court No. 20-03733 |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

Plaintiff, Timothy Brown, by and through its undersigned attorneys, alleges the following as its complaint in this case:

1. The United States Court of International Trade has jurisdiction over this action pursuant to 28 U.S.C. § 1581(a).

2. Plaintiff is the importer of record of the subject merchandise, the exporter of the subject merchandise, and the drawback claimant.

3. The protest and summons in this action were timely filed.

4. All liquidated duties were paid prior to the commencement of this action.

5. The subject merchandise is a Porsche 911 Turbo S luxury vehicle purchased by Plaintiff and exported from Great Britain.

6. On February 22, 2017, Plaintiff imported the Porche 911 Turbo S, under the cover of entry no. 9TY-0004991-3.

7. As entered, the subject merchandise was classified in subheading 8703.24.0190, Harmonized Tariff Schedules of the United States ("HTSUS"), dutiable at 2.5% *ad valorem*.

8. Plaintiff paid $18,750.00 in customs duties and $1,422.50 in Harbor Maintenance Fees and Merchandise Processing Fees on the subject vehicle.

1

9. In its condition at importation, the Porsche 911 Turbo S was not drivable. Due to its undrivable state, the car had to be manually pushed and rolled in the course of unloading at the forwarder's facility, then pushed to be reloaded at the forwarder's facility for delivery to Plaintiff, then unloaded and pushed to a storage location at Plaintiff's farm, and later pushed to be reloaded at Plaintiff's farm prior to loading on a truck for transport back to the carrier for export. During this process of unloading, moving and reloading the vehicle, the odometer changed from a reading of 60 miles to 61 miles.

10. On October 3, 2018, Plaintiff filed a CBP Form 7553 prior notice of intent to export with an assigned drawback entry no. 9TY-0007358-2. On October 4, 2018, CBP executed Form 7553 and waived examination of the vehicle.

11. On or about October 18, 2018, the subject vehicle was exported from the United States.

12. On or about October 26, 2018, Plaintiff filed drawback entry 9TY-0007358-2 requesting payment of $19,970.77 in total drawback under 19 USC 1313(j)(1).

13. CBP denied the drawback claim in full on January 17, 2020.

14. The vehicle was not used in the United States and is therefore eligible for drawback pursuant to 19 USC 1313(j)(1).

15. Plaintiff fulfilled all statutory and regulatory requirements under 19 USC 1313 and 19 CFR Part 190 and is therefore entitled to payment of drawback in the amount claimed.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment directing CBP to pay Plaintiff drawback in the amount of $19,970.77, plus interest as provided by law.

Respectfully submitted,

/s/ Erik D. Smithweiss
Erik D. Smithweiss

**GRUNFELD DESIDERIO LEBOWITZ SILVERMAN & KLESTADT LLP**
707 Wilshire Blvd., 41st Fl.
Los Angeles, CA 90017
(213) 624-1970

*Counsel to Timothy Brown*

Dated: October 31, 2024

12997338_1