UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. M. MILLER BAKER, JUDGE

_____

TIMOTHY BROWN,

        Plaintiff,

           v.

                        Court No. 20-03733

UNITED STATES,

        Defendant.
_____

## **ORDER**

Upon consideration of the parties' Joint Status Report and other papers and proceedings had herein, it is hereby

**ORDERED** that the parties file a Joint Status Report by March 14, 2025.

_____
                                          Judge

Dated: _____
New York, New York

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. M. MILLER BAKER, JUDGE

_____

|  |  |
|---|---|
| TIMOTHY BROWN, | : |
| Plaintiff, | : |
| v. | : Court No. 20-03733 |
| UNITED STATES, | : |
| Defendant. | : |

_____

## JOINT STATUS REPORT

The parties respectfully submit this joint status report in accordance with the Court's paperless order. ECF No. 21.

Given the nature of plaintiff's drawback claim, the parties do not believe that this action is amenable to mediation. However, the parties are conferring about whether or not this action may be resolved through a stipulated judgment on agreed statement of facts. To that end, on January 22, 2025, plaintiff provided defendant with a proposed stipulated judgment on agreed statement of facts, which defendant is currently reviewing. Once defendant has completed its review of

plaintiff's proposal, the parties will be in a position to determine whether this action may be resolved without further litigation.

To allow for the completion of defendant's review of plaintiff's proposal, the parties respectfully propose filing an additional Joint Status Report on or before March 14, 2025.

Respectfully submitted,

| | |
|---|---|
| GRUNFELD, DESIDERIO, LEBOWITZ, SILVERMAN & KLESTADT LLP<br>*Attorneys for Plaintiff*<br>707 Wilshire Blvd. – 41st Floor<br>Los Angeles, CA 90017<br>Tel: (213) 624-1970<br>ESmithweiss@gdlsk.com<br><br>By: /s/ Erik D. Smithweiss<br>    Erik D. Smithweiss | BRETT A. SHUMATE<br>Acting Assistant Attorney General<br>Civil Division<br><br>PATRICIA M. McCARTHY<br>Director<br><br>By:  /s/ Justin R. Miller<br>JUSTIN R. MILLER<br>Attorney-In-Charge<br>International Trade Field Office<br><br>/s/ Alexander Vanderweide<br>ALEXANDER VANDERWEIDE<br>Senior Trial Counsel<br>Civil Division, U.S. Dept. of Justice<br>Commercial Litigation Branch<br>26 Federal Plaza<br>New York, New York 10278<br>Tel. (212) 264-9230 or 0482<br>Attorneys for Defendant |

Dated: February 12, 2025