UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. M. MILLER BAKER, JUDGE

```
-------------------------------------------------------x
                                    :
TIMOTHY BROWN,                      :
                                    :
                 Plaintiff,         :
                                    :
        v.                          :        Court No. 20-03733
                                    :
UNITED STATES,                      :
                                    :
                 Defendant.         :
-------------------------------------------------------x
```

## <u>STIPULATED JUDGMENT</u><br><u>ON AGREED STATEMENT OF FACTS</u>

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1.     The subject protest was filed, and this action was commenced, within the time provided by law, and all liquidated duties, charges or exactions were paid prior to the filing of the summons.

2.     Plaintiff is the importer of record of the subject merchandise and filed drawback Entry No. 9TY-0007358-2 requesting payment of drawback under 19 U.S.C. § 1313(j)(1).

Court No. 20-03733

3.    U.S. Customs and Border Protection (CBP) liquidated drawback Entry No. 9TY-0007358-2 denying the drawback claim in full.

4.    The subject merchandise covered by drawback Entry No. 9TY-0007358-2 is a Porsche 911 Turbo S luxury vehicle purchased by Plaintiff and imported from Great Britain.

5.    The subject drawback Entry No. 9TY-0007358-2 is eligible for payment of drawback under 19 U.S.C. § 1313(j)(1) in the amount of $19,970.78.

6.    Drawback Entry No. 9TY-0007358-2 shall be reliquidated in accordance with this agreement, together with interest calculated from October 6, 2020 to the date of payment pursuant to 28 U.S.C. § 2644.

7.    All other claims and non-stipulable merchandise or entries are abandoned.

8.    Each party shall bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

GRUNFELD, DESIDERIO, LEBOWITZ,
SILVERMAN & KLESTADT LLP
*Attorneys for Plaintiff*
707 Wilshire Blvd. – 41st Floor
Los Angeles, CA 90017
Tel: (213) 624-1970
ESmithweiss@gdlsk.com

By:    /s/ Erik D. Smithweiss
       Erik D. Smithweiss

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

By:    _____
       JUSTIN R. MILLER
       Attorney-in-Charge
       International Trade Field Office

2

Court No. 20-03733

_____

ALEXANDER
VANDERWEIDE
Senior Trial Counsel
International Trade Field Office
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
Tel.: (212) 264-9230
*Attorneys for Defendant*

Dated: September 10, 2025
      New York, New York

Court No. 20-03733

**IT IS HEREBY ORDERED** that this action is decided and this final

judgment is to be entered by the Clerk of this Court; the appropriate U.S. Customs

and Border Protection officials shall reliquidate Entry No. 9TY-0007358-2 and

make refund in accordance with the stipulation of the parties set forth above.


_____

Judge

Dated: _____, 2025
     New York, New York